# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO.  09-16-00406-CV**
_____

**OCI BEAUMONT LLC, Appellant**

**V.**

**YAZMIN BARAJAS, Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-195,925**

## ORDER

On October 19, 2016, the trial court signed an interlocutory order authorizing an appeal on a matter that the trial court viewed as a controlling question of law whose resolution might materially advance the ultimate termination of the litigation. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2016); *see also* Tex. R. Civ. P. 168. On October 28, 2016, OCI Beaumont LLC filed a petition for permission to appeal from the interlocutory order. *See* Tex. R. App. P. 28.3(a). Yazmin Barajas filed a response and agreed that

1

the Court should review the matter prior to the parties resolving the dispute in a trial. *See* Tex. R. App. P. 28.3(f).

The Court grants the petition for permissive appeal of the trial court's order of October 19, 2016. *See* Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as of the date of this Order. *See id.* The record is due November 21, 2016. *See* Tex. R. App. P. 35.1(b). The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The brief of the appellee is due twenty days after the filing of the brief of the appellant. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED November 10, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.